## 8916.  ALBRIGHT *v.* SUMMERLIN.

LUKE, J. The charge of the court was full and fair, and the evidence authorized the verdict. It was not error to overrule the motion for a new trial.    *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
DECIDED NOVEMBER 1, 1917.

Distraint; from Haralson superior court—Judge Bartlett. April 10, 1917.

*H. C. Hutchens, J. R. Hutchens, I. N. Cheney,* for plaintiff in error. *Griffith & Matthews, Smith & Moore,* contra.